# EXHIBIT A

1/26/25, 5:12 PM
Press Releases - Search Warrant Uncovers Fraudulent Sports...

Case 4:25-cv-00241-ALM    Document 1-1    Filed 03/10/25    Page 2 of 2 PageID #: 23




Search Collin County...

# SHERIFF'S OFFICE

Services | Government | Public Safety & Courts | Business & Living | Transparency | News

**Sheriff's Office**
About
- Past Sheriffs
- The Sheriff
- Contact Us

Bureaus
- Detention Bureau
- Law Enforcement Bureau
- Reserve Bureau
- Support Services Bureau

Careers
- Application Process

Inmate Information
- Inmate Accounts
- Inmate Bonds
- Inmate Mail
- Inmate Property
- Visitation and Phones
- FAQ

Services
- Media Relations
- Open Records
- Public Affairs
- Public Resources

Social Media Terms of Use

Civil Fees

Collin County / Sheriff's Office

## Search Warrant Uncovers Fraudulent Sports Memorabilia Operation



**COLLIN COUNTY SHERIFF'S OFFICE**
**PUBLIC INFORMATION RELEASE**

Media Contact:
✉ CCSOPIO@collincountytx.gov
☎ (972) 547-5223

Jan. 16, 2025

**FOR IMMEDIATE RELEASE**

Search Warrant Uncovers Fraudulent Sports Memorabilia Operation



[Collin County, Texas] — January 16, 2025 — Investigators with the Collin County Sheriff's Office Criminal Investigations Division executed a search warrant on January 15, 2025, at a residence in the 6000 block of Saint Michael Drive, McKinney, Texas. The warrant was obtained as part of an ongoing investigation into the online sale of fraudulently manufactured and authenticated sports memorabilia.

During the search, investigators uncovered a significant amount of evidence supporting the investigation. This included fictitious certificates of authentication and thousands of sports memorabilia items that were falsely represented as genuine.

Two individuals, Wendell Gidden-Rogers and Lisa Skolnick, were taken into custody at the scene. Both have been charged with Trademark Counterfeiting, $30,000 - $150,000, a Third-Degree Felony under Texas law.

The Collin County Sheriff's Office extends its sincere gratitude to the Grayson County Sheriff's Office and the Federal Bureau of Investigation for their invaluable assistance throughout this investigation.





**Collin County, Texas**
McKinney: (972) 548-4100
Metro: (972) 424-1460

About | Transparency
Locations | Open Records
Employment | Privacy & Accessibility
Webmail | Website Feedback

Copyright © 2024 Collin County Texas · All Rights Reserved

