IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BECKETT COLLECTIBLES, LLC and BECKETT AUTHENTICATION SERVICES, LLC,<br><br>*Plaintiffs,*<br>v.<br><br>WENDELL GIDDEN-ROGERS and LISA SKOLNICK,<br><br>*Defendants* | § § § § § § § § § § § § § § Civil Action No. 4:25-cv-00241 |

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

IT IS STIPULATED AND AGREED by Plaintiffs Beckett Collectibles, LLC and Beckett Authentication Services, LLC and Defendants Wendell Gidden-Rogers and Lisa Skolnick (collectively, the "Parties") that Plaintiffs and Defendants consent to the Court signing and entering this Agreed Final Judgment and Permanent Injunction.

Plaintiffs and Defendants stipulate and agree that:

1. This Agreed Final Judgment and Permanent Injunction is being entered into pursuant to an agreement between the Parties. The Parties stipulate, and the Court finds, that: (1) this Court has jurisdiction over the Parties, (2) this Court has jurisdiction over the subject matter of this action, and (3) venue is proper.

2. The terms of this Agreed Final Judgment and Permanent Injunction shall be binding between the Parties. The Parties have agreed that this Agreed Final Judgment and Permanent Injunction may be entered without Findings of Fact and Conclusions of Law, and the Parties expressly waive all rights to request such findings or conclusions.

3. In connection with the memorabilia, authentication, and autograph industry, Beckett owns numerous trademarks, including but not limited to the following:

| B BECKETT MEDIA | United States (USPTO) |
|---|---|
| **Status:** Registered - Principal Register<br>**App. #:** 87930143  **App. Date:** 5/21/2018<br>**Reg. #:** 5817255  **Reg. Date:** 7/30/2019 |  |
| **Current Owner:** BECKETT COLLECTIBLES, LLC<br>**016:** Publications, namely, magazines in the field of sports, sports collectibles and memorabilia; publications, namely, price guides in the field of collectibles, sports collectibles and memorabilia<br>**035:** Online retail store services featuring collectibles, trading-cards, general collectibles, memorabilia; Online trading services, namely, operating online marketplaces for sellers and buyers of goods<br>**036:** Trading card and collectibles financial evaluation and appraisal<br>**041:** Providing an online computer database in the field of sports collectibles, trading-cards, general collectibles and memorabilia; providing a website featuring information in the field of sports collectibles, trading-cards, general collectibles and memorabilia<br>**042:** Trading card and collectibles grading | |
| B BECKETT COLLECTIBLES | United States (USPTO) |
| **Status:** Registered - Principal Register<br>**App. #:** 87929798  **App. Date:** 5/21/2018<br>**Reg. #:** 6301716  **Reg. Date:** 3/23/2021 |  |
| **Current Owner:** BECKETT COLLECTIBLES, LLC<br>**016:** Publications, namely, magazines in the field of sports, sports collectibles and memorabilia; publications, namely, price guides in the field of collectibles, sports collectibles and memorabilia<br>**035:** Online retail store services featuring collectibles, trading-cards, general collectibles, memorabilia; Online trading services, namely, operating online marketplaces for sellers and | |

buyers of goods
**036:** Trading card and collectibles financial evaluation and appraisal
**041:** Providing an online computer database in the field of sports collectibles, trading-cards, general collectibles and memorabilia; providing a website featuring information in the field of sports collectibles, trading-cards, general collectibles and memorabilia
**042:** Trading card and collectibles grading

| BECKETT | United States (USPTO) |
|---|---|
| **Status:** Application reinstated <br><br> **App. #:** 75043220   **App. Date**: 1/16/1996 <br> **Reg. #:** 2108233   **Reg. Date:** 10/28/1997 <br> **Current Owner:** BECKETT COLLECTIBLES, LLC <br> **042:** providing multiple user access to a web site on a global computer information network for access to products and services for sports enthusiasts | BECKETT |

| BECKETT | United States (USPTO) |
|---|---|
| **Status:** Registered and renewed <br><br> **App. #:** 75506186   **App. Date**: 6/24/1998 <br> **Reg. #:** 2325440   **Reg. Date:** 3/7/2000 <br> **Current Owner:** BECKETT COLLECTIBLES, LLC <br> **016:** Printed material, namely, business cards, and publications, namely, magazines related to sports collectibles and memorabilia, and price guides for sports collectibles and memorabilia | BECKETT |

| BECKETT | United States (USPTO) |
|---|---|
| **Status:** Registered and renewed <br><br> **App. #:** 75506188   **App. Date**: 6/24/1998 <br> **Reg. #:** 2331054   **Reg. Date:** 3/21/2000 <br> **Current Owner:** BECKETT COLLECTIBLES, LLC <br> **042:** providing multiple user access to a web site on a global computer information network for access to products and services for online interactive resources for sports, sports collectibles and memorabilia, and price guides for collectibles and memorabilia | BECKETT |

| BECKETT | United States (USPTO) |
|---|---|
| **Status:** Registered and renewed <br><br> **App. #:** 76075150   **App. Date**: 6/22/2000 <br> **Reg. #:** 2482116   **Reg. Date:** 8/28/2001 <br> **Current Owner:** BECKETT COLLECTIBLES, LLC <br> **036:** trading card and collectibles grading, evaluation and appraisal | BECKETT |

| BECKETT | United States (USPTO) |
|---|---|

| | | |
|---|---|---|
| **Status:** Registered and renewed<br><br>**App. #:** 74128643  **App. Date**: 1/7/1991<br>**Reg. #:** 1734726  **Reg. Date:** 11/24/1992<br>**Current Owner:** BECKETT COLLECTIBLES, LLC<br>**016:** publications; namely, price guides for sports collectibles and magazines featuring sports collectibles and sports | | **BECKETT** |
| **BECKETT SHIELD** | **United States (USPTO)** | |
| **Status:** Registered and renewed<br><br>**App. #:** 79358589 | **Docket No:**  MEDIA.22210<br><br>**App. Date**: 9/28/2022<br>**Reg. Date:** 2/18/2025 |  |
| **Current Owner:** Beckett Collectibles, LLC<br>**016:** Printed books in the field of games and collectible trading cards; printed sports trading cards; printed collector cards made primarily of paper; map cases; ring binders; albums for collectables, namely, coins, stamps, cards; boxes of paper or cardboard; paper boxes; printed periodicals in the field of games and collectible trading cards; printed magazines featuring games and collectible trading cards; printed periodicals in the field of games and collectible trading cards; printed booklets in the field of games and collectible trading cards; stickers; paper and cardboard; collectable printed trading cards; cases for storing and protecting trading cards<br>**028:** Toys, games, and playthings, namely, plastic character toys, modeled plastic toy figurines, positionable three dimensional toys for use in games; counters for games; role playing games; board games; playing cards; game boards for trading card games; cases for playing cards; dice; toys or playthings, namely, miniatures and models in the nature of fantasy character toys and playing pieces in the nature of miniature action figures and toy model vehicles for use with table top hobby battle games in the nature of battle, war and skirmish games, and fantasy games; tabletop hobby battle games in the nature of war games; battle games; and fantasy role playing games; science fiction board games; craft toys sold in kit form in the nature of model toy vehicles sold in a kit; playing pieces in the nature of miniature action figures and toy model vehicles for use with tabletop hobby games in the nature of skirmish games, war games, role playing games; cases for storing and protecting board game cards | | |
| **THE WORLD'S MOST TRUSTED SOURCE IN COLLECTING** | **United States (USPTO)** | |

| | |
|---|---|
| **Status:** Section 8 and 15 declarations accepted | **Docket No:** MEDIA.21062 |
| **App. #:** 85728060 **Reg. #:** 4562181 | **App. Date**: 9/13/2012 **Reg. Date:** 7/8/2014 |
| **Current Owner:** BECKETT COLLECTIBLES, LLC **042:** Providing a website featuring a searchable on-line quality evaluation of rarities for the purpose of measuring the scarcity of rare collectible sports objects and memorabilia; hosting an online website community for users to share information and to engage in business or social networking relating to collectible sports objects and memorabilia; software as a services (SAAS) services, namely, hosting software for use by others for use in organizing their inventory and images of sports collectibles and memorabilia; providing a web site featuring technology that enables users to present products, services, and proposals to others for comments, and gather feedback from those others about those products, services, and proposals | |
| **THE WORLD'S MOST TRUSTED SOURCE IN COLLECTING** | **United States (USPTO)** |
| **Status:** Registered and renewed | **Docket No:** MEDIA.21043 |
| **App. #:** 78567956 **Reg. #:** 3055211 | **App. Date**: 2/15/2005 **Reg. Date:** 1/31/2006 |
| **Current Owner:** BECKETT COLLECTIBLES, LLC **016:** printed publications, namely, a series of books in the nature of a price guide for sport collectibles, magazines featuring information regarding sports collectibles and sports | |
| **B** | **United States (USPTO)** |
| **Status:** Registered and renewed | **Docket No:** MEDIA.21003 |
| **App. #:** 75909355 **Reg. #:** 2461317 | **App. Date**: 2/1/2000 **Reg. Date:** 6/19/2001 |  |
| **Current Owner:** BECKETT COLLECTIBLES, LLC **036:** trading card and sports collectibles evaluation and appraisal **042:** trading card and sports collectibles grading services | |
| **B** | **United States (USPTO)** |
| **Status:** Registered and renewed | **Docket No:** MEDIA.21004 |

| | | |
|---|---|---|
| **App. #:** 75909353<br>**Reg. #:** 2417644 | **App. Date**: 2/1/2000<br>**Reg. Date:** 1/2/2001 |  |
| **Current Owner:** BECKETT COLLECTIBLES, LLC<br>**016:** plastic protective sleeves for collectible cards and trading cards; plastic display holders or slabs for collectible cards and trading cards | | |
| **B**<br>**Status:** Live and pending | **United States (USPTO)**<br>**Docket No:** MEDIA.22208 | |
| **App. #:** 97372785 | **App. Date**: 4/20/2022 |  |
| **Current Owner:** BECKETT COLLECTIBLES, LLC<br>**009:** Downloadable image files and multimedia files containing sports collectibles, comic books, toys, movie memorabilia, trading cards, and video games authenticated by non-fungible tokens (NFTs)<br>**016:** Publications, namely, magazines in the field of sports, sports collectibles and memorabilia; publications, namely, price guides in the field of collectibles, sports collectibles and memorabilia<br>**035:** Online retail store services featuring collectibles, trading-cards, general collectibles, memorabilia; Online trading services, namely, operating online marketplaces for sellers and buyers of goods<br>**036:** Trading card and collectibles financial evaluation and appraisal<br>**041:** Providing an online computer database in the field of sports collectibles, trading-cards, general collectibles and memorabilia; providing a website featuring information in the field of sports collectibles, trading-cards, general collectibles and memorabilia<br>**042:** trading card and sports collectibles grading services | | |

4. Of these registered trademarks, Beckett Authentication uses the specific trademarks below (the "Beckett Marks") on its certification sticker:

  

5. Beckett heavily invested its time and finances into the curation of its authentication process and Beckett Marks, culminating in a certification sticker bearing its name that instills trust in the minds of collectors.

6. Because of Beckett's prominent reputation in the sports memorabilia industry, the Beckett seal of authenticity greatly increases the value of autographed items.

7. This Agreed Final Judgment and Permanent Injunction resolves all issues and claims raised or which could have been raised by the Parties at a trial in this matter, as contained in Plaintiffs' Original Complaint [Dkt. 001].

8. This Agreed Final Judgment and Permanent Injunction shall take effect immediately.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendants, including their agents, employees, representatives, attorneys, and any person acting in active concert with them, are hereby immediately and permanently enjoined from the following:

  a. Using any registered trademarks owned by Plaintiffs, including but not limited to the Beckett Marks;
  b. Using any counterfeit of the Beckett Marks;
  c. Selling, distributing, dealing, listing for public sale, or making available for commerce, in any way, any item featuring any of the Beckett Marks (real or counterfeit);
  d. Affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely

describe or represent the Defendants' goods as being those of Beckett, or in any way endorsed by Beckett and from offering such goods in commerce; and

e. otherwise unfairly competing with Beckett.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiffs shall have and recover Judgment against Defendants for the following sums:

a. all actual damages in the amount of $500,000.00;

b. pre-judgment interest accruing at a rate of 18% annually from the date of Plaintiffs filed this lawsuit through the date of this judgment;

c. post-judgment interest at highest rate allowable by law;

d. reasonable attorneys' fees in the amount of $77,000.00;

e. costs of suit; and

f. such other and further relief to which Plaintiffs may be entitled.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiffs shall have all writs and processes for the enforcement and collection of this judgment or the costs of court which may issue as necessary.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all relief not granted herein is denied. This judgment disposes of all claims between all parties and is final.

**IT IS SO ORDERED.**

**SIGNED** this 17th day of November, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

*/s/ Kendal B. Reed*
Kendal B. Reed, Attorney for Plaintiffs


*/s/ William P. Kennedy (with permission)*
William P. Kennedy, Attorney for Defendants